| PROB 22 (Rev. 1/24) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 17CR00599-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | 2:25-cr-00200-GMN-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Edward Casillas<br>District of Nevada | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Janis L. Sammartino<br>U.S. District Judge | |
| | DATES OF Supervision | FROM 4/01/2025 — TO 3/31/2027 |

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON

JULY 03 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**OFFENSE**

21 U.S.C. § 841(a)(1), Possess of Methamphetamine with Intent to Distribute, a Class B felony.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Casillas has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns to be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

06/25/2025
Date

*Janis L. Sammartino*
Janis L. Sammartino
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 8, 2025
Effective Date

United States District Judge

sla/4555393

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Edward Casillas

Case No.: To be assigned

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

July 3, 2025

TO:  United States District Judge:

On September 10, 2018, Edward Casillas was sentenced in the Southern District of California by the Honorable Judge M. James Lorenz to seventy-one (71) months custody followed by four (4) years' supervised release for committing the offense of Possession of Methamphetamine with Intent to Distribute. On April 16, 2023, Mr. Casillas commenced his first term of supervised release in the Southern District of California.

On July 19, 2024, Mr. Casillas' supervision was revoked and was sentenced to ten (10) months custody followed by two (2) years' supervised release.

On February 13, 2025, a transfer of supervision request was approved during the prerelease phase for Mr. Casillas to reside with his brother in Las Vegas, Nevada.

On April 1, 2025, Mr. Casillas was released from Bureau of Prison's and his second term of supervision commenced in the District of Nevada.

On April 11, 2025, Mr. Casillas failed to report for drug testing. On April 14, 2025, Mr. Casillas reported to the probation office for the purpose of addressing his missed drug test. Mr. Casillas reported that he was not aware of having to call the drug testing phone number during the weekends. Mr. Casillas was then re-instructed on the drug testing procedures and was counseled on the importance of following the drug testing procedures. Mr. Casillas submitted to a drug test, which yielded negative results.

On April 19, 2025, Mr. Casillas failed to report for drug testing a second time. On April 21, 2025, Mr. Casillas reported to the probation office for the purposes of addressing his missed drug test. Mr. Casillas submitted to a drug test and a breathalyzer test. Mr. Casillas tested negative for controlled substances; however, he submitted a positive BAC of .017 %.  Mr. Casillas indicated that he believed he was able to drink alcohol. Mr. Casillas was then reinstructed on the drug policy that he cannot use any substances, which includes alcohol at any point while the treatment condition remains outstanding. Mr. Casillas is participating in an Intensive Outpatient Substance

ADDENDUM TO PETITION (Probation Form 12)
RE: Edward Casillas

Abuse Program and is actively engaged in treatment. Mr. Casillas' counselor was made aware of Mr. Casillas' alcohol use and concerns of potential alcohol abuse.

On May 14, 2025, the Undersigned officer informed the Southern District of California of Mr. Casillas above mentioned violation conduct and request the transfer of jurisdiction.

On June 25, 2025, Honorable Judge Janis L. Sammartino initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Casillas case. The Honorable Janis L. Sammartino has agreed to relinquish jurisdiction as evident by her signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

Respectfully submitted,

Digitally signed by Elijah Ray
Date: 2025.07.03 11:29:36 -07'00'

Elijah J Ray
United States Probation Officer

Approved:

Digitally signed by Nickie Pipilakis
Date: 2025.07.03 11:23:40 -07'00'

Donnette Johnson
Supervisory United States Probation Officer