RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_diamond@fd.org

Attorney for Edward Casillas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00200-GMN-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| EDWARD CASILLAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Executive Assistant United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Edward Casillas, that the Revocation Hearing currently scheduled on October 28, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The defendant is scheduled for his mental health treatment assessment on October 27, 2025.

2.  The defendant's probation officer and the parties would like to see how the defendant performs on supervision once his mental health needs are properly assessed and treated.

3.  As such, the parties are requesting a 60-day continuance of the revocation hearing in this case.

4.  The defendant is not in custody and agrees with the need for the continuance.

5.  The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED October 27, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Executive Assistant United States Attorney |
| By /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD CASILLAS,<br><br>　　　　　Defendant. | Case No. 2:25-cr-00200-GMN-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 28, 2025 at 10:00 a.m., be vacated and continued to  January 6, 2026  at the hour of 10:00 a.m.

DATED this  27  day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE

3