UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD CASILLAS,<br><br>　　　　Defendant. | Case No. 2:25-cr-00200-GMN-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 6, 2026 at 10:00 a.m., be vacated and continued to February 10, 2026 at the hour of 9:00 a.m.

　　DATED this 29 day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE